**MONTGOMERY WARD & CO., Inc., Appellant, v. Myrtle M. PARKER, Appellee.**

No. 11362.

United States Court of Appeals
Sixth Circuit.

Feb. 14, 1952.

Peter, Heyburn & Marshall and Wm. H. Crutcher, Jr., all of Louisville, Ky., for appellant.

Hugo Taustine and W. S. Heidenberg, Louisville, Ky., for appellee.

Before HICKS, Chief Judge, and ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel.

And it appearing that the controlling question is whether the appellant placed a counter door in its store situated in Louisville, Kentucky, in the aisle or passageway in such a way that it might reasonably anticipate that the counter door might fall or be caused to be thrown or dropped or to fall against a customer or person in the aisle;

And it appearing that the court correctly charged the jury upon this issue of fact, no exception being taken by the appellant;

And it appearing that the jury's verdict is amply sustained by the record, and no reversible error appearing:

It is ordered that the judgment of the District Court be, and it hereby is, affirmed.

**George L. SOGG, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 11346.

United States Court of Appeals
Sixth Circuit.

Feb. 8, 1952.

Malvern B. Fink, Jacksonville, Fla., for petitioner.

Theron L. Caudle, Charles Oliphant, Rollin H. Transue, Ellis N. Slack, Helen Goodner, Edward J. P. Zimmerman, and S. Dee Hanson, all of Washington, D. C., for respondent.

Before ALLEN, MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

This cause came on to be heard and considered upon the whole record and upon the oral arguments and printed briefs of the attorneys for the petitioner and the respondent, respectively;

And the Court being of opinion that, on the basis of the determinative findings of fact of the Tax Court which are supported by substantial evidence and are not clearly erroneous and for the reasons stated in its opinion;

The decision of the Tax Court should be, and the same is hereby ordered to be, affirmed.